# Rand Rosenzweig Radley & Gordon LLP
ATTORNEYS AT LAW

CATHERINE S. CAMPBELL
BERNARD S. GORDON
E. COOKE RAND
CHARLES L. ROSENZWEIG

PHILIPPE D. RADLEY
HOWARD M. LANDA
STEPHEN ZECHE, P.C.
　COUNSEL

Writer's Extension:202
Writer's E-Mail Address:
crosenzweig@randrose.com

445 HAMILTON AVENUE
WHITE PLAINS, N.Y. 10601
TELEPHONE: (914) 406-7000
FACSIMILE: (914) 406-7010

NEW YORK CITY OFFICE
800 THIRD AVNUE
NEW YORK, NY 10022
TELEPHONE: (212) 687-7070
FACSIMILE: (212) 557-1475

PARIS OFFICE:
4 RUE BRUNEL
PARIS, FRANCE 75017
TELEPHONE: (1) 47.23.64.82
CHARLES G.G. CAMPBELL
RESIDENT COUNSEL

January 28, 2014

**Via efiling**

Honorable Cecelia G. Morris
Chief Judge, US Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

　　　　Re:　*In re Jazz Hostels, Inc.*
　　　　　　Case No. 13-36556-cgm

Dear Judge Morris:

　　We are the attorneys for 201 West 87th Street Limited Partnership, the largest creditor of Debtor Jazz Hostel, Inc. We note that your Honor has scheduled a hearing on February 25, 2014 to consider the issues raised by my letter dated January 16, 2014. My letter concerned the 2004 Examinations of the Debtor and Fit Hotels, Inc ("Fit") ordered by the Court on November 4, 2013. I had hoped to be in able to advise the Court at the February 25th hearing that the parties had completed the 2004 Examinations.

　　Unfortunately, I must advise the Court that neither the Debtor nor Fit has yet produced a single document in response to the document requests and your Honor's 2004 Order. Nor has Erica Feynman Aisner, Debtor's counsel, been able to provide any assurance that the requested documents would be produced in the near future.

　　We do not have any outstanding disagreement with counsel for the Debtor concerning the scope of the document requests. Objections that were made were resolved about two months ago. Nor do we have any issue with Debtor's counsel. She simply has been unable to obtain the documents from her client or Fit that were requested in mid-November. Thus, the purpose of this letter is to advise the Court of the status of the 2004 examinations and avoid an inference that the parties are diligently working to complete the 2004 examination procedures.

　　　　　　　　　　　　　　　　Respectfully yours,

　　　　　　　　　　　　　　　　Charles L. Rosenzweig

　　cc:　All counsel (via efiling and email)